| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 19-27244 / CMG**

Jami Fitzpatrick

Petition Filed Date: 09/06/2019
341 Hearing Date: 10/03/2019
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/16/2019 | $489.00 | 588823 | 11/19/2019 | $489.00 | 588838 | 12/17/2019 | $489.00 | 588851 |

**Total Receipts for the Period: $1,467.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,956.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jami Fitzpatrick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JAMES J CERBONE, ESQ | Attorney Fees | $3,610.00 | $0.00 | $3,610.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,330.06 | $0.00 | $0.00 |
| 2 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $3,775.66 | $0.00 | $0.00 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $4,579.28 | $0.00 | $0.00 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $1,099.64 | $0.00 | $0.00 |
| 5 | HYUNDAI LEASE TITLING TRUST | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
|   | »» 2016 KIA SOUL/LEASE |   |   |   |   |
| 6 | STATE OF NEW JERSEY | Secured Creditors | $4,942.52 | $0.00 | $0.00 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $807.77 | $0.00 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $2,862.85 | $0.00 | $0.00 |
|   | »» SEARS |   |   |   |   |
| 9 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $307.93 | $0.00 | $0.00 |
|   | »» TJX |   |   |   |   |
| 10 | BANK OF AMERICA | Unsecured Creditors | $2,677.78 | $0.00 | $0.00 |
| 11 | MIDFIRST BANK | Mortgage Arrears | $25,570.28 | $0.00 | $0.00 |
|   | »» P/27 MC DERMOTT AVE/1ST MTG |   |   |   |   |
| 12 | ATLAS ACQUISITIONS LLC | Unsecured Creditors | $384.67 | $0.00 | $0.00 |
|   | »» JTM CAPITAL MANAGEMENT |   |   |   |   |
| 13 | MIDLAND CREDIT MANAGEMENT, INC | Unsecured Creditors | $2,094.75 | $0.00 | $0.00 |
|   | »» CAPITAL ONE BANK |   |   |   |   |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR | Unsecured Creditors | $627.88 | $0.00 | $0.00 |
|   | »» FINGERHUT |   |   |   |   |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $511.02 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-27244 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,956.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $489.00 |
| Paid to Trustee: | $140.84 | Arrearages: | $489.00 |
| Funds on Hand: | $1,815.16 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**