UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Jami Fitzpatrick

Case No.: 19-27244
Chapter: 13
Judge: CMG

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__James J Cerbone__, __debtor's attorney__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Jeanne A Naughton, Clerk
United States Bankruptcy Clerk
402 East State Clerk
Trenton, NJ 08611

If an objection is filed, a hearing will be held before the Honorable __Christine M Gravelle__ on __November 18, 2020__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street, Trenton, NJ 08611__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Personal Injury Lawsuit

Pertinent terms of settlement:
Amount of settlement: $50,000
Attorney fees: $15,719.57
Total costs: $2841.29
Debtor's exemption: $25100
Nonexempt equity to trustee: $5932.97

Objections must be served on, and requests for additional information directed to:
Name: James J Cerbone, Esq
Address: 2430 Route 34 Building B Suite 22  Wall NJ 08736
Telephone No.: 732 681 6800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-27244-CMG |
| Jami Fitzpatrick | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 13, 2020 | Form ID: pdf905 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jami Fitzpatrick, 27 McDermott Street, Freehold, NJ 07728-2418 |
| aty | + | Nicholas C. Caliendo, Manning Caliendo & Thomson, 8 Broad Street, Freehold, NJ 07728-1704 |
| 518470274 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518479470 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518487603 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518450048 | #+ | KML Law Group, 216 Haddon Avenue Ste 406, Collingswood, NJ 08108-2812 |
| 518551534 | + | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518556808 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518450049 | | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518508660 | | State of NJ, Div. of Employer Accts., POB 379, Trenton, NJ 08625-0379 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 13 2020 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 13 2020 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518553265 | + | Email/Text: bnc@atlasacq.com | Oct 13 2020 20:28:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 |
| 518457831 | | Email/Text: mrdiscen@discover.com | Oct 13 2020 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518468294 | | Email/PDF: cbp@onemainfinancial.com | Oct 13 2020 21:01:28 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518824609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2020 21:01:19 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518824610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2020 21:01:40 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518538885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2020 21:01:40 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518542199 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2020 21:01:19 | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518512497 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2020 20:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518623321 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 19-27244-CMG    Doc 51    Filed 10/15/20    Entered 10/16/20 00:40:56    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 13, 2020 | Form ID: pdf905 | Total Noticed: 25 |

| | | | |
|---|---|---|---|
| | | Oct 13 2020 20:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518558727 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 13 2020 20:29:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518623322 | + Email/Text: bnc-quantum@quantum3group.com | | |
| | | Oct 13 2020 20:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518450585 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 13 2020 21:01:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518561064 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | Oct 13 2020 21:01:45 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Jami Fitzpatrick cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| Kevin Gordon McDonald | on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5