UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
888.762.9889
bk@atlasacq.com

| | |
|---|---|
| In Re: | Case No.: _____19-27244_____ |
| Jami Fitzpatrick | Chapter: _____13_____ |
| | Judge: _____Judge Gravelle_____ |

### CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   __Atlas Acquisitions LLC_____
(Example: John Smith, creditor)

Old address:   __294 Union St._____

__Hackensack, NJ 07601_____

_____

New address:   __492C Cedar Lane, Ste 442_____

__Teaneck, NJ 07666_____

_____

New phone no.: __888.762.9889_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   __October 26, 2020_____          __/s/Avi Schild_____
                                                                Signature

*rev.2/1/16*