| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-27244 / CMG**

Jami Fitzpatrick

Petition Filed Date: 09/06/2019
341 Hearing Date: 10/03/2019
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $489.00 | 108529082332 | 02/19/2020 | $489.00 | 108643604290 | 03/04/2020 | $489.00 | 108643605092 |
| 04/14/2020 | $1,000.00 | 108643607886 | 04/14/2020 | $205.00 | 108643607897 | 05/13/2020 | $1,000.00 | 108643609657 |
| 05/13/2020 | $205.00 | 108643609668 | 06/08/2020 | $1,000.00 | 108643611010 | 06/08/2020 | $205.00 | 108643611021 |
| 07/07/2020 | $500.00 | 108643612616 | 07/07/2020 | $500.00 | 108643612627 | 07/07/2020 | $205.00 | 108643612605 |
| 09/29/2020 | $205.00 | 108408895617 | 09/29/2020 | $500.00 | 108408895628 | 09/29/2020 | $500.00 | 108408895639 |
| 10/15/2020 | $1,000.00 | 588993 | 10/15/2020 | $205.00 | 588994 | 11/17/2020 | $205.00 | 108408898829 |
| 11/17/2020 | $500.00 | 108408898830 | 11/17/2020 | $500.00 | 108408898840 | 12/10/2020 | $500.00 | 108408898818 |
| 12/10/2020 | $500.00 | 108408898807 | 12/10/2020 | $205.00 | 108408898796 | 01/20/2021 | $205.00 | 108408902888 |
| 01/20/2021 | $500.00 | 108408902877 | 01/20/2021 | $500.00 | 108408902866 | 02/11/2021 | $1,000.00 | 589030 |
| 02/11/2021 | $205.00 | 589031 | | | | | | |

**Total Receipts for the Period: $13,517.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,984.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jami Fitzpatrick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,330.06 | $0.00 | $7,330.06 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES <br> »» ONEMAIN | Unsecured Creditors | $3,775.66 | $0.00 | $3,775.66 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $4,579.28 | $0.00 | $4,579.28 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $1,099.64 | $0.00 | $1,099.64 |
| 5 | HYUNDAI LEASE TITLING TRUST <br> »» 2016 KIA SOUL/LEASE | Debt Secured by Vehicle <br> No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY <br> »» UNEMPLOYMENT/DISABILITY DJ-136895-10 | Secured Creditors | $4,942.52 | $1,252.07 | $3,690.45 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $807.77 | $0.00 | $807.77 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br> »» CITIBANK/SEARS | Unsecured Creditors | $2,862.85 | $0.00 | $2,862.85 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br> »» SYNCHRONY/TJX | Unsecured Creditors | $307.93 | $0.00 | $307.93 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $2,677.78 | $0.00 | $2,677.78 |

**Chapter 13 Case No. 19-27244 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 11 | MIDFIRST BANK<br>»» P/27 MCDERMOTT AVE/1ST MTG/ORDER 2/19/20 | Mortgage Arrears | $25,570.28 | $6,477.67 | $19,092.61 |
| 12 | ATLAS ACQUISITIONS LLC<br>»» JTM CAPITAL MANAGEMENT | Unsecured Creditors | $384.67 | $0.00 | $384.67 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,094.75 | $0.00 | $2,094.75 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT | Unsecured Creditors | $627.88 | $0.00 | $627.88 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $511.02 | $0.00 | $511.02 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 4/30/20 | Attorney Fees | $200.00 | $200.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,984.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $11,539.74 | Current Monthly Payment: | $1,208.70 |
| Paid to Trustee: | $1,181.26 | Arrearages: | $1,242.00 |
| Funds on Hand: | $2,263.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**