| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 19-27244 / CMG

Jami Fitzpatrick

Petition Filed Date: 09/06/2019
341 Hearing Date: 10/03/2019
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2021 | $205.00 | 108408902888 | 01/20/2021 | $500.00 | 108408902877 | 01/20/2021 | $500.00 | 108408902866 |
| 02/11/2021 | $1,000.00 | 589030 | 02/11/2021 | $205.00 | 589031 | 03/18/2021 | $205.00 | 589040 |
| 03/18/2021 | $1,000.00 | 589039 | 03/22/2021 | $5,932.97 | 2424 | 04/13/2021 | $1,205.00 | 2717395 |
| 05/11/2021 | $1,205.00 | 2658950 | 06/08/2021 | $1,205.00 | 2659015 | 07/22/2021 | $1,205.00 | 2659086 |
| 08/17/2021 | $1,205.00 | 2659127 | 08/31/2021 | $1,208.70 | 79142830 | 08/31/2021 | $1,205.00 | 2659359 |
| 08/31/2021 | $1,205.00 | 2659360 | 11/03/2021 | $1,208.70 | 80597350 | 11/09/2021 | $62.00 | 108862434197 |
| 11/15/2021 | $1,208.70 | 80838740 | 01/05/2022 | $1,208.00 | 2659310 | | | |

**Total Receipts for the Period: $22,879.07    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $35,453.07**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jami Fitzpatrick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,330.06 | $0.00 | $7,330.06 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $3,775.66 | $0.00 | $3,775.66 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $4,579.28 | $0.00 | $4,579.28 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $1,099.64 | $0.00 | $1,099.64 |
| 5 | HYUNDAI LEASE TITLING TRUST<br>»» 2016 KIA SOUL/LEASE | Debt Secured by Vehicle<br>No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY<br>»» UNEMPLOYMENT/DISABILITY DJ-136895-10 | Secured Creditors | $4,942.52 | $4,513.64 | $428.88 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $807.77 | $0.00 | $807.77 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/SEARS | Unsecured Creditors | $2,862.85 | $0.00 | $2,862.85 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/TJX | Unsecured Creditors | $307.93 | $0.00 | $307.93 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $2,677.78 | $0.00 | $2,677.78 |
| 11 | MIDFIRST BANK<br>»» P/27 MCDERMOTT AVE/1ST MTG/ORDER 2/19/20 | Mortgage Arrears | $25,570.28 | $23,351.47 | $2,218.81 |

**Chapter 13 Case No. 19-27244 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 12 | ATLAS ACQUISITIONS LLC<br>»» JTM CAPITAL MANAGEMENT | Unsecured Creditors | $384.67 | $0.00 | $384.67 |
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»» CAPITAL ONE BANK | Unsecured Creditors | $2,094.75 | $0.00 | $2,094.75 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» FINGERHUT | Unsecured Creditors | $627.88 | $0.00 | $627.88 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $511.02 | $0.00 | $511.02 |
| 0 | James J. Cerbone, Esq.<br>»» ORDER 4/30/20 | Attorney Fees | $200.00 | $200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $35,453.07 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $31,675.11 | Current Monthly Payment: | $1,208.70 |
| Paid to Trustee: | $2,671.43 | Arrearages: | $1,210.30 |
| Funds on Hand: | $1,106.53 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at **www.ndc.org** or scan this code to get started.

