JAMES J. CERBONE, ESQUIRE - 4036
2430 HIGHWAY 34
BUILIDNG B, SUITE 22
WALL, NJ 08736
(732) 681-6800
Attorney for Debtor

| | |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT |
| JAMI FITZPATRICK. | DISTRICT OF NEW JERSEY<br>CHAPTER 13<br>CASE NO.: 19-27244/CMG |
| DEBTOR | **DEBTORS CERTIFIFCATION**<br>HEARING DATE: May 4, 2022 AT 9:00 AM |

I, Jami Fitzpatrick hereby certify and state:

1. I am the above debtor in a Chapter 13 Bankruptcy that was filed on 09/6/2019 .

2. Debtor agrees to Motion to Approve Loan Modification which was submitted on 04/5/2022.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED:                                             /s/Jami Fitzpatrick
                                                            JAMI FITZPATRICK