Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                          Case No.: 19−27244−CMG
                          Chapter: 13
                          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jami Fitzpatrick
   aka Jamie Fitzpatrick
   27 McDermott Street
   Freehold, NJ 07728

Social Security No.:
   xxx−xx−9697

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/20/22 at 09:00 AM

to consider and act upon the following:

**61** − Motion to Approve Loan Modification with Midfirst Bank Filed by James J. Cerbone on behalf of Jami Fitzpatrick. Objection deadline is 04/19/2022. (Attachments: # 1 Certification # 2 Exhibit A # 3 Proposed Order) (Cerbone, James) Additional attachment(s) added on 4/5/2022 (dmi). Additional attachment(s) added on 4/6/2022 (dmi).

Dated: 4/6/22

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court