Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−27244−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jami Fitzpatrick
  aka Jamie Fitzpatrick
  27 McDermott Street
  Freehold, NJ 07728

Social Security No.:
  xxx−xx−9697

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 6, 2020.

On 12/30/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           February 15, 2023
Time:           10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 3, 2023
JAN: gan

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-27244-CMG
Jami Fitzpatrick  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3
Date Rcvd: Jan 03, 2023     Form ID: 185     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jami Fitzpatrick, 27 McDermott Street, Freehold, NJ 07728-2418 |
| aty | + | Nicholas C. Caliendo, Manning Caliendo & Thomson, 8 Broad Street, Freehold, NJ 07728-1704 |
| 518508660 | | State of NJ, Div. of Employer Accts., POB 379, Trenton, NJ 08625-0379 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 03 2023 22:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 03 2023 22:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518553265 | | Email/Text: bnc@atlasacq.com | Jan 03 2023 22:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste. 442, Teaneck, NJ 07666 |
| 518470274 | + | Email/Text: bkfilings@zwickerpc.com | Jan 03 2023 22:30:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518479470 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 03 2023 22:29:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518457831 | | Email/Text: mrdiscen@discover.com | Jan 03 2023 22:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518487603 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 03 2023 22:30:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 518551534 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 03 2023 22:34:07 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518556808 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 03 2023 22:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 518450049 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 03 2023 22:34:18 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 518468294 | | Email/PDF: cbp@onemainfinancial.com | Jan 03 2023 22:34:07 | ONEMAIN FINANCIAL, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518824609 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2023 22:34:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518824610 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 03 2023 22:34:18 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518538885 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2023 22:34:14 | | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 518542199 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2023 22:34:08 | | Portfolio Recovery Associates, LLC, c/o Tjx, POB 41067, Norfolk VA 23541 |
| 518512497 | + | Email/Text: JCAP_BNC_Notices@jcap.com Jan 03 2023 22:30:00 | | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518623321 | | Email/Text: bnc-quantum@quantum3group.com Jan 03 2023 22:29:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518558727 | | Email/Text: bnc-quantum@quantum3group.com Jan 03 2023 22:29:00 | | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 518623322 | + | Email/Text: bnc-quantum@quantum3group.com Jan 03 2023 22:29:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Sadino Funding LLC 98083-0788 |
| 518450585 | + | Email/PDF: gecsedi@recoverycorp.com Jan 03 2023 22:34:13 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518561064 | + | Email/PDF: ebn_ais@aisinfo.com Jan 03 2023 22:34:19 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518450048 | ##+ | KML Law Group, 216 Haddon Avenue Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jan 03, 2023 | Form ID: 185 | Total Noticed: 24

       on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

James J. Cerbone
       on behalf of Debtor Jami Fitzpatrick cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

Kevin Gordon McDonald
       on behalf of Creditor MidFirst Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6