| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>JAMES J. CERBONE, ESQUIRE-4036<br>2430 HIGHWAY 34<br>BUILDING B SUITE 22<br>WALL, NEW JERSEY 08736<br>(732) 681-6800<br>Attorney for debtor<br><br>In Re:<br>JAMI FITZPATRICK | Order Filed on February 28, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 19-27244<br>Chapter: 13<br>Judge: CMG |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____James J. Cerbone, Esq_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____773.00_____ per month for _____19_____ months to allow for payment of the above fee.

*rev.8/1/15*