Jenelle C. Arnold (SBN 284531)
JArnold@aldridgepite.com
**ALDRIDGE PITE, LLP**
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile:  (619) 590-1385

Attorneys for MIDFIRST BANK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW JERSEY - TRENTON DIVISION

| | |
|---|---|
| In re | Case No. 19-27244-CMG |
| JAMI FITZPATRICK, | Chapter 13 |
| Debtor, | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

MIDFIRST BANK ("Creditor") hereby withdraws the Notice of Mortgage Payment Change ("Payment Change Notice") previously filed on 03/09/2022 in connection with Claim No. 11 in the above referenced matter, without prejudice. Creditor filed the presently withdrawn Payment Change Notice in error. The parties entered a Loan Modification, affective 2/1/2022, as reflected in the Amended Claim 11-3, and the Notice of Payment Change filed on 11/30/2022. Any fees, costs, or other charges incurred by Creditor in connection with the Payment Change Notice or this withdrawal have not been added to the mortgage loan account that is the subject of the Payment Change Notice.

**ALDRIDGE PITE, LLP**

Dated: March 10, 2023       */s/ Jenelle C. Arnold*
                            JENELLE C. ARNOLD
                            **ATTORNEY FOR MIDFIRST BANK**

- 1 -                                                                CASE NO. 19-27244-CMG
**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -  CASE NO. 19-27244-CMG
**WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ALDRIDGE PITE, LLP
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: JArnold@aldridgepite.com

Agent for MIDFIRST BANK

In Re:

JAMI FITZPATRICK AKA JAMIE FITZPATRICK,

Case No.: 19-27244-CMG

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Honorable Christine M. Gravelle

## CERTIFICATION OF SERVICE

1. I, Sarah Valdez :

   ☐ represent the _____ in the above-captioned matter.

   ☐ am the secretary/paralegal for ___, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

   ☒ See Attachment Page

2. On March 10, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   NOTICE OF WITHDRAWAL OF THE NOTICE OF MORTGAGE PAYMENT CHANGE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 10, 2023

/s/Sarah Valdez
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jami Fitzpatrick<br>27 McDermott Street<br>Freehold, NJ 07728 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| James J. Cerbone<br>2430 Highway 34, Building B<br>Suite 22<br>Wall, NJ 08736<br>cerbonelawfirm@aol.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br>docs@russotrustee.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Department of Justice<br>District of New Jersey (Trenton)<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102<br>USTPRegion03.NE.ECF@usdoj.gov | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Attachment Page

☒ am the secretary/paralegal for _____Jenelle C. Arnold_____, agent for the MIDFIRST BANK, secured creditor in the above captioned matter.