| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Jami Fitzpatrick,<br><br>Debtor. | Case No.: 19-27244-CMG<br><br>Chapter: 13<br><br>Hearing Date: 12/06/2023<br><br>Judge: Gravelle |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 27 McDermott Ave., Freehold, NJ (Docket # 87)

_____

Date: 11/28/2023                              /s/ Denise Carlon
                                              Signature

*rev.8/1/15*