| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 19-27244 / CMG**

Jami Fitzpatrick

Petition Filed Date: 09/06/2019
341 Hearing Date: 10/03/2019
Confirmation Date: 04/01/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2023 | $1,250.00 | 3377210 | 02/09/2023 | $780.00 | 3458279 | 03/08/2023 | $774.00 | 3458329 |
| 04/10/2023 | $350.00 | 19453764113 | 04/10/2023 | $500.00 | 19453764112 | 05/08/2023 | $800.00 | 28781701514 |
| 06/15/2023 | $800.00 | 28656146834 | 07/18/2023 | $1,000.00 | 28671034173 | 08/25/2023 | $950.00 | 28867788235 |
| 09/01/2023 | $1,000.00 | 28867782508 | 09/12/2023 | $1,000.00 | 28671037975 | 10/11/2023 | $1,000.00 | 3007983272 |
| 11/09/2023 | $900.00 | 27788319876 | 01/09/2024 | $1,000.00 | 28933380628 | 01/09/2024 | $1,000.00 | 28933380617 |

**Total Receipts for the Period: $13,104.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $61,796.07**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jami Fitzpatrick | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | James J. Cerbone, Esq. <br> »» ATTY DISCLOSURE | Attorney Fees | $3,610.00 | $3,610.00 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $7,330.06 | $6,443.50 | $886.56 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES <br> »» ONEMAIN | Unsecured Creditors | $3,775.66 | $3,319.00 | $456.66 |
| 3 | AMERICAN EXPRESS NATIONAL BANK, AENB | Unsecured Creditors | $4,579.28 | $4,025.42 | $553.86 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $1,099.64 | $966.64 | $133.00 |
| 5 | HYUNDAI LEASE TITLING TRUST <br> »» 2016 KIA SOUL/LEASE | Debt Secured by Vehicle <br> No Disbursements: Lease Rejected | $0.00 | $0.00 | $0.00 |
| 6 | STATE OF NEW JERSEY <br> »» UNEMPLOYMENT/DISABILITY DJ-136895-10 | Secured Creditors | $4,942.52 | $4,942.52 | $0.00 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $807.77 | $710.07 | $97.70 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES <br> »» CITIBANK/SEARS | Unsecured Creditors | $2,862.85 | $2,516.59 | $346.26 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br> »» SYNCHRONY/TJX | Unsecured Creditors | $307.93 | $270.68 | $37.25 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $2,677.78 | $2,353.91 | $323.87 |
| 11 | MIDFIRST BANK <br> »» P/27 MCDERMOTT AVE/1ST MTG/LOAN MOD ORDER 4/20/22 | Mortgage Arrears | $20,381.46 | $20,381.46 | $0.00 |
| 12 | ATLAS ACQUISITIONS LLC <br> »» JTM CAPITAL MANAGEMENT | Unsecured Creditors | $384.67 | $338.14 | $46.53 |

**Chapter 13 Case No. 19-27244 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $2,094.75 | $1,841.39 | $253.36 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  FINGERHUT | Unsecured Creditors | $627.88 | $551.94 | $75.94 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $511.02 | $449.21 | $61.81 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 4/30/20 | Attorney Fees | $200.00 | $200.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 5/12/22 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 2/28/23 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 16 | MIDFIRST BANK<br>»»  27 MCDERMOTT ST/ATTY FEES 12/6/23 | Mortgage Arrears | $538.00 | $325.31 | $212.69 |
| 0 | James J. Cerbone, Esq.<br>»»  ORDER 12/19/23 | Attorney Fees | $500.00 | $500.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $61,796.07 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $55,245.78 | Current Monthly Payment: | $0.00 |
| Paid to Trustee: | $4,716.29 | Arrearages: | ($3,344.00) |
| Funds on Hand: | $1,834.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

