| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>Sentry Office Plz<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for MidFirst Bank | |
| In Re:<br><br>  Jami Fitzpatrick aka Jamie Fitzpatrick<br>                          Debtor<br>  Stephen W. Steinmacher<br>                          Co-Debtor | Case No.:  19-27244 CMG<br><br>Chapter:  13<br><br>Hearing Date: 4/17/2024<br><br>Judge:  Christine M. Gravelle |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled  ■ Withdrawn

Matter: Creditor's Certification of Default, Document# 98

Date: March 29, 2024  /s/ Denise Carlon
                                                                           Signature

*rev. 8/1/15*