# JAMES J. CERBONE, ESQ., LLC.
## ATTORNEY AT LAW

| | | |
|---|---|---|
| **JAMES J. CERBONE, ESQ.**<br>LL.M. IN TRIAL ADVOCACY<br>MEMBER N.J. & N.Y. BAR<br><br>**BOARD CERTIFIED**<br>BUS. BANKRUPTCY LAW<br>AMERICAN BOARD OF CERTIFICATION<br><br>MEMBER: AMERICAN<br>BANKRUPTCY INSTITUTE | **2430 HIGHWAY 34**<br>**BUILDING B, SUITE 22**<br>**WALL, NEW JERSEY 08736**<br><br>WWW.CERBONELAWFIRM.COM<br>PHONE: 732-681-6800<br>FAX: 732-681-7787 | **TAMMY WHITE, ESQ.**<br>MEMBER N.J. BAR<br>____<br><br>E-MAIL:<br>CerboneLawFirm@aol.com |

April 25, 2024

Honorable Christine M Gravelle
402 East State Street
Trenton, NJ  08650

**RE: Jami Fitzpatrick, 19-27244**

Dear Honorable Christine M Gravelle:

Please withdraw #102 & #103 on the docket report in reference to the above named Debtor as it was filed incorrectly.

Sincerely,


JAMES J. CERBONE, ESQ.
JJC/cd